1  NORTON ROSE FULBRIGHT US LLP
2  Kevin C. Mayer (State Bar No. 118177)
   Email: kevin.mayer@nortonrosefulbright.com
3  555 South Flower Street
4  Forty-First Floor
   Los Angeles, California 90071
5  Telephone: (213) 892-9200
6  Facsimile: (213) 892-9494

7
   PIRKEY BARBER PLLC
8  Christopher Weimer (*pro hac vice forthcoming*)
9  Email: cweimer@pirkeybarber.com
   1801 East 6th Street, Suite 300
10 Austin, Texas 78702
11 Telephone: (512) 322-5200
   Facsimile: (512) 322-5201
12

13 Attorneys for Plaintiff 3M COMPANY

14
   MANDOUR & ASSOCIATES, APC
15 Joseph A. Mandour (SBN 188896)
16 Email: jmandour@mandourlaw.com
   Ben T. Lila (SBN 246808)
17 Email: blila@mandourlaw.com
18 8605 Santa Monica Blvd., Suite 1500
   Los Angeles, CA 90069
19 Telephone (858) 487-9300

20
21 Attorneys for Defendants,
   KM BROTHERS INC., KMJ TRADING INC.,
22  SUPREME SUNRISE, INC., and MAO YU

23
24
25            **UNITED STATES DISTRICT COURT**
26
              **CENTRAL DISTRICT OF CALIFORNIA**
27
28

| | |
|---|---|
| 3M COMPANY,<br><br>        Plaintiff,<br><br>     v.<br><br>KM BROTHERS INC., KMJ TRADING INC., SUPREME SUNRISE, INC., MAO YU, and DOES 1 – 10,<br>        Defendant. | Case No. 2:20-cv-05049 MWF (JCx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Judge: Honorable Michael W. Fitzgerald<br><br>Complaint Served: June 11, 2020<br>Current Response Date: July 2, 2020<br>New Response Date: July 27, 2020 |

      Plaintiff 3M COMPANY ("3M") and defendants KM BROTHERS INC., KMJ TRADING INC., SUPREME SUNRISE, INC., and MAO YU ("Defendants"), by and through their respective counsel, hereby stipulate as follows:

      WHEREAS this action was filed by 3M on June 9, 2020 (ECF No. 1);

      WHEREAS 3M filed a First Amended Complaint on June 9, 2020 (ECF No. 14);

      WHEREAS the Summons and Complaint were served on Supreme Sunrise on June 11, 2020 (ECF No. 17);

      WHEREAS, defendants KM BROTHERS INC., KMJ TRADING INC., and MAO YU acknowledge service of the Summons and Complaint;

      WHEREAS, no previous extensions of time to respond to the Complaint have been requested or given;

1  IT IS HEREBY STIPULATED AND AGREED, by and between the
2 undersigned counsel, that, pursuant to Local Rule 8-3, the deadline for all
3 Defendants to respond to the Complaint is extended less than 30 days to and
4 including July 27, 2020.
5  IT IS SO STIPULATED:

Date: June 30, 2020

**NORTON ROSE FULBRIGHT US LLP**

/s/ Kevin C. Mayer
Kevin C. Mayer (SBN 118177)
Email: kevin.mayer@nortonrosefulbright.com
Attorneys for Plaintiff,
3M COMPANY

Date: June 30, 2020

**MANDOUR & ASSOCIATES, APC**

/s/ Ben T. Lila
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
Attorneys for Defendants,
KM BROTHERS INC., KMJ TRADING INC.,
SUPREME SUNRISE, INC., and MAO YU

# **CERTIFICATE OF SERVICE**

I hereby certify that on the below date, I filed the foregoing document via the Court's CM/ECF filing system, which will provide notice of the same on the following:

NORTON ROSE FULBRIGHT US LLP
Kevin C. Mayer (State Bar No. 118177)
Email: kevin.mayer@nortonrosefulbright.com
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

PIRKEY BARBER PLLC
Christopher Weimer (*pro hac vice forthcoming*)
Email: cweimer@pirkeybarber.com
1801 East 6th Street, Suite 300
Austin, Texas 78702
Telephone: (512) 322-5200
Facsimile: (512) 322-5201

Dated:  July 1, 2020

                                                   /s/ Ben T. Lila
                                                   Ben T. Lila